**MARTCO LIMITED PARTNERSHIP,**
Plaintiff–Appellant–Cross–
Appellee,

v.

**WELLONS, INC., Doing Business
as Wellons USA, Defendant–
Appellee–Cross–Appellant.**

No. 08–30266.

United States Court of Appeals,
Fifth Circuit.

March 9, 2009.

James Patrick Dore & Apos, Amy Degeneres Berret, Robert Benn Vincent, Lyn S. Savoie, Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, Baton Rouge, LA, for Plaintiff–Appellant–Cross–Appellee.

David R. Frohn, Frohn & Thibodeaux, Lake Charles, LA, for Defendant–Appellee–Cross–Appellant.

Before JOLLY, SMITH, and OWEN, Circuit Judges.

PER CURIAM: *

This is a suit for breach of contract, with each side dissatisfied with some aspect of the judgment. We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. We also have consulted applicable sources of law, including Louisiana decisions and treatises.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court correctly decided this case. The judgment is AFFIRMED, essentially for the reasons given by the district court.